CASEY JONES, *Plaintiff in Error*, VS. STATE OF FLORIDA, *Defendant in Error*.

132 So. 697.

140 So. 193.

Special Division A.

Decision filed March 10, 1931.

Petition for rehearing granted June 2, 1931.

Decision on Rehearing filed January 29, 1932.

*Rogers & Rogers*, of Lakeland, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*, Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND TERRELL, J.J., concur.

---

ON REHEARING.

Vacating Former Judgment.

PER CURIAM.—Upon consideration of the record, argument, and briefs of counsel in this cause we have reached

the conclusion that the probative force of the evidence is such that right and justice demand a new trial.

The judgment of affirmance heretofore entered is accordingly set aside and the judgment below is reversed and a new trial awarded. Fuller vs. State, 92 Fla. 873, 110 So. 528; Armstrong vs. State, 30 Fla. 170, 11 So. 698, 17 L. R. A. 484; Howell vs. State, decided this date.

WHITFIELD, TERRELL AND BROWN, J.J., concur.

BUFORD, C.J., dissents.

ELLIS, J., not participating.

DAVIS, J., disqualified.